ILLINOIS OFFICIAL REPORTS

*Ramirez v. FCL Builders, Inc.*, 2014 IL App (1st) 123663

| | |
|---|---|
| Appellate Court Caption | TEODORO RAMIREZ, Plaintiff-Appellee, v. FCL BUILDERS, INC., an Illinois Corporation, Defendant-Appellant. |
| District & No. | First District, Fifth Division<br>Docket No. 1-12-3663 |
| Rehearing denied | January 28, 2014 |
| Modified opinion filed | January 31, 2014 |
| Held<br>(*Note: This syllabus constitutes no part of the opinion of the court but has been prepared by the Reporter of Decisions for the convenience of the reader.*) | The award of $1.588 million in damages to a roofer for the back injury he suffered while working for a roofing subcontractor on a large warehouse project was upheld where the trial court did not err in denying defendant general contractor's motion for a judgment notwithstanding the verdict, notwithstanding the general contractor's contentions that it had no liability for plaintiff's injuries and that the trial court gave improper instructions, made evidentiary errors, and failed to impose sanctions for plaintiff's discovery errors, since there was evidence of defendant's vicarious and direct liability in connection with the performance of the work of moving materials in a safe manner, and none of the alleged trial errors deprived defendant of a fair trial to the extent that the verdict was affected. |
| Decision Under Review | Appeal from the Circuit Court of Cook County, No. 08-L-6482; the Hon. Susan Zwick, Judge, presiding. |